IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LIANG FANG, | ) | |
| JUN CHENG, | ) | |
| | ) | 4:07CV3238 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| GERARD HEINAUER, Director, | ) | |
| Nebraska Service Center, | ) | |
| United States Citizenship | ) | |
| and Immigration Services; | ) | |
| EMILIO T. GONZALEZ, Director, | ) | |
| U.S. Citizenship and | ) | |
| Immigration Services; | ) | |
| PETER  D. KEISLER, Acting | ) | |
| Attorney General of the | ) | |
| United States; | ) | |
| MICHAEL CHERTOFF, | ) | |
| Secretary, Department of | ) | |
| Homeland Security; and ROBERT | ) | |
| S. MUELLER III,  Director of | ) | |
| the Federal  Bureau of | ) | |
| Investigation, | ) | |
| | ) | |
| Defendants. | | |

IT IS ORDERED:

Plaintiff's motion to dismiss complaint, filing 6, is granted and this matter is hereby dismissed.

DATED this 13th day of November, 2007.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge